Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re:<br>EMMANUEL J LUNA<br>AMBER R LUNA<br>12801 W. LA REATA AVE.<br><br>AVONDALE, AZ  85392<br>_____ | ) CHAPTER 13 PROCEEDINGS<br>)<br>) CASE NO. 2-19-08596-MCW<br>)<br>) CHAPTER 13 TRUSTEE'S REPORT<br>) OF ALLOWED CREDITOR CLAIMS<br>) |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| American Honda Finance<br>    P.O. Box 168088<br><br>    Irving, TX   75016-8088 | 07/23/2019 | $11937.58 | 6.5% | Secured |
| Wells Fargo Dealer Services<br>    PO Box 17900<br><br>    Denver, CO   80217-0900 | 08/14/2019 | $27863.16 | 6.5% | Secured |
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA   19101-7317 | | $6500.00 | 0% | Priority |
| LVNV Funding LLC<br>    c/o Resurgent Capital Services<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 07/26/2019 | $21596.74 | 0% | Unsecured |
| Andrews Federal Credit Union<br>    5711 Allentown Rd<br><br>    Suitland, MD   20746- | 07/29/2019 | $8533.23 | 0% | Unsecured |
| Absolute Resolutions Investments LLC<br>    c/o Absoulte Resolutions Corporation<br>    8000 Norman Centert Drive STE 350<br>    Bloomington, MN   55437- | 07/31/2019 | $24237.52 | 0% | Unsecured |
| US Bank<br>    P.O. Box 5227<br><br>    Cincinnati, OH   45201- | 08/01/2019 | $3783.83 | 0% | Unsecured |
| Chase Bank USA, N.A. c/o JP Morgan Chase Bank<br>    POB 15368<br><br>    Wilmington, DE   19850- | 08/06/2019 | $3766.97 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
| --- | --- | --- | --- | --- |
| ECMC<br>LockBox#8682<br>P.O. Box 16478<br>St. Paul, MN  55116-0478 | 08/13/2019 | $869.57 | 0% | Unsecured |
| ECMC<br>LockBox#8682<br>P.O. Box 16478<br>St. Paul, MN  55116-0478 | 08/13/2019 | $76.89 | 0% | Unsecured |
| US DEPT OF EDUCATION<br>PO BOX 790321<br><br>ST LOUIS, MO  63197-0321 | 07/25/2019 | $1110.57 | 0% | Unsecured |
| US Bank<br>P.O. Box 5227<br><br>Cincinnati, OH  45201- | 08/16/2019 | $4670.04 | 0% | Unsecured |
| Wells Fargo Bank, N.A. Attn: Payment Processing<br>MAC#F2302 04C<br>1 Home Campus<br>Des Moines, IA  50328- | 08/16/2019 | $0.00 | 0% | Secured |
| Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA  50306- | 08/21/2019 | $11879.64 | 0% | Unsecured |
| Western Federal Credit Union<br>Attn: Collection Department<br>P.O. Box 10018<br>Manhattan Beach, CA  90267- | 08/22/2019 | $9105.88 | 0% | Unsecured |
| Bank of America, N.A.<br>PO Boxz 15102<br><br>Wilmington, DE  19886-5102 | 08/23/2019 | $3950.94 | 0% | Unsecured |
| Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ  07601- | 09/05/2019 | $3832.49 | 0% | Unsecured |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | 09/05/2019 | $6927.66 | 0% | Unsecured |
| Verizon by American InfoSource as agent<br>POB4457<br><br>Houston, TX  77210-4457 | 09/06/2019 | $868.38 | 0% | Unsecured |
| Ally Financial<br>P.O. Box 78367<br><br>Phoenix, AZ  85062- | 09/12/2019 | $0.00 | 0% | Secured |
| Bureaus Investment Group Portfolio LLC<br>C/O PRA Receivables Management, LLC<br>P.O. Box 41031<br>Norfolk, VA  23541- | 09/16/2019 | $943.85 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| pent<br>    Attn: Bankruptcy<br>    POB 1432<br>    Alexandria, VA   22313- | 09/16/2019 | $3832.49 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 09/17/2019 | $2945.33 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 09/18/2019 | $3510.32 | 0% | Unsecured |
| Bureau of Medical Economics<br>    PO Box 20247<br>    Phoenix, AZ   85036-0247 | 09/19/2019 | $100.00 | 0% | Unsecured |
| US DEPT OF EDUCATION<br>    PO BOX 790321<br>    ST LOUIS, MO   63197-0321 | 07/25/2019 | $2953.96 | 0% | Unsecured |
| Rancho Santa Fe HOA<br>    c/o The Travis Law Firm, PLC<br>    10621 S. 51st. St., Suite 103<br>    Phoenix, AZ   85044- | | $0.00 | 0% | Unsecured |
| Abrazo Scottsdale<br>    3929 E Bell<br>    Phoenix, AZ   85032- | | $0.00 | 0% | Unsecured |
| Abrazo Health Care<br>    8620 N. 22nd Avenue<br>    Phoenix, AZ   85021-4251 | | $0.00 | 0% | Unsecured |
| American Honda Finance<br>    201 Little Falls Dr<br>    Wilmington, DE   19808- | | $0.00 | 0% | Unsecured |
| Arizona Federal<br>    Attn: Risk Management<br>    POB 60070<br>    Phoenix, AZ   85082- | | $0.00 | 0% | Unsecured |
| Bank of America<br>    Attn: Bankruptcy Unit 24327<br>    275 Valencia Ave., 3rd Floor<br>    Brea, CA   92823- | | $0.00 | 0% | Unsecured |
| Biltmore Ear, Nose and Throat<br>    4444 North 32nd Street, #150<br>    Phoenix, AZ   85018- | | $0.00 | 0% | Unsecured |
| Canyon State Servicing Co., LLC<br>    3333 E. Camelback Road<br>    Suite 112<br>    Phoenix, AZ   85018- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Chase Auto Finance<br>　Bankruptcy Collections<br>　14800 Frye Road<br>　Fort Worth, TX   76155- | | $0.00 | 0% | Unsecured |
| Citi Financial<br>　P.O. Box 22066<br>　Temp, AZ   85285- | | $0.00 | 0% | Unsecured |
| Citibank/Best Buy<br>　Centralized Bankruptcy/CitiCorp<br>　PO Box 790040<br>　St Louis, MO   63179- | | $0.00 | 0% | Unsecured |
| Conduent Education Services<br>　Attn: Bankrutpcy Dept.<br>　POB 7051<br>　Utica, NY   13504- | | $0.00 | 0% | Unsecured |
| Cox Communications<br>　P.O. Box 78071<br>　Phoenix, AZ   85062- | | $0.00 | 0% | Unsecured |
| Desert Canyon Foot and Ankle<br>　13065 W. McDowell Rd. STE C101<br>　Avondale, AZ   85392- | | $0.00 | 0% | Unsecured |
| Desert Financial Credit Union<br>　P.O. Box 2945<br>　Phoenix, AZ   85062- | | $0.00 | 0% | Unsecured |
| Desert Schools<br>　P.O. Box 790408<br>　Saint Louis, MO   63179- | | $0.00 | 0% | Unsecured |
| Emergency Group of Arizona Pro<br>　PO Box 638085<br>　Cincinnati, OH   45263- | | $0.00 | 0% | Unsecured |
| Fifth Third Bank<br>　Fifth Third Center<br>　Cincinnati, OH   45263- | | $0.00 | 0% | Unsecured |
| First National Bank of Omaha<br>　1620 Dodge Street<br>　Stop Code 3105<br>　Omaha, NE   68197- | | $0.00 | 0% | Unsecured |
| Honda Finance<br>　Attn: Bankruptcy/Recovery<br>　P.O. Box 79055<br>　City of Industry, CA   91716- | | $0.00 | 0% | Unsecured |
| Integrity Fire Protection<br>　7106 W Frier Dr #2<br>　Glendale, AZ   85303- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| JAH Realty LP<br>    c/o Newmark Grubb Knight Frank<br>    2398 E Camelback Rd #950<br>    Phoenix, AZ  85016- | | $0.00 | 0% | Unsecured |
| pif Inc.<br>    23425 N. 39th Drive, Suite 104-79<br>    Glendale, AZ  85310- | | $0.00 | 0% | Unsecured |
| Primeway FCU<br>    Attn: Bankruptcy<br>    POB 53088<br>    Houston, TX  77052- | | $0.00 | 0% | Unsecured |
| Radavantage<br>    Lockbox#9452 POB 8500<br>    Philadelphia, PA  19178-9452 | | $0.00 | 0% | Unsecured |
| REM Plaza<br>    3101 N. Central Ave STE 1030<br>    Phoenix, AZ  85012- | | $0.00 | 0% | Unsecured |
| SoFi Lending Corp<br>    P.O. Box 654158<br>    Dallas, TX  75265- | | $0.00 | 0% | Unsecured |
| Southwest Diagnostic Imaging<br>    2323 West Rose Garden Lane<br>    Phoenix, AZ  85027- | | $0.00 | 0% | Unsecured |
| Southwest Gas<br>    P.O. Box 26500<br>    Tucson, AZ  85726- | | $0.00 | 0% | Unsecured |
| Synchrony Bank<br>    c/o Recovery Management Systems Corp.<br>    25 SE 2nd Ave., Suite 1120<br>    Miami, FL  33131-1605 | | $0.00 | 0% | Unsecured |
| SYNCB/ JC Pennys<br>    4125 Windward Plaza<br>    Alpharetta, GA  30005- | | $0.00 | 0% | Unsecured |
| Syncb/lowes PC<br>    4125 Windward Plaza<br>    Alpharetta, GA  30005- | | $0.00 | 0% | Unsecured |
| Syncb/Ashley Homestore<br>    Attn: Bankruptcy<br>    POB 965060<br>    Orlando, FL  32896- | | $0.00 | 0% | Unsecured |
| Wells Fargo Bank<br>    P.O. Box 4116 MAC P6023-022<br>    Portland, OR  97208-4116 | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Western Fed Credit Union<br>14500 Aviation Blvd.<br>Hawthorne, CA   90250- | | $0.00 | 0% | Unsecured |
| Benjamin Joseph Wright, Esq.<br>Wright Law Offices<br>2999 N. 44th St Ste 600<br>Phoenix, AZ   85018- | | $1000.00 | 0% | Legal |
| Benjamin Joseph Wright, Esq.<br>Wright Law Offices<br>2999 N. 44th St Ste 600<br>Phoenix, AZ   85018- | | $3500.00 | 0% | Legal |

_Edward J. Maney_ Digitally signed by Edward J. Maney, Esq. Date: 2019.11.01 10:37:07 -07'00'

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com