Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| EMMANUEL J LUNA | Case No. 2:19-08596-MCW |
| AMBER R LUNA | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON |
| Debtor(s) | CLAIM #: 022 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:      022
    Name:   pent
    Address: Attn: Bankruptcy
               POB 1432
               Alexandria, VA 22313-
    Acct No:  8750

Upon the following grounds:

    Duplicate of claim number 17

The Trustee recommends the above-mentioned claim be disallowed.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before November 30, 2019, (30 days from mailing) the creditor EITHER:

    1.    Sends, WITH A COPY OF THIS NOTICE the proper documentation to the Trustee AND receives from him a withdrawal of objection;

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona 85003.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

*Digitally signed by Edward J. Maney, Esq. Date: 2019.11.01 10:37:24 -07'00'*

CERTIFICATE OF MAILING FOR CASE NO. 2:19-08596-MCW

Copies of the foregoing mailed on October 31, 2019 to:

Attorney for Debtor(s):
Benjamin Joseph Wright, Esq.
Wright Law Offices
2999 N. 44th St Ste 600
Phoenix, AZ 85018-

Debtor(s):
EMMANUEL J LUNA
12801 W. LA REATA AVE.
AVONDALE, AZ. 85392

AMBER R LUNA
12801 W. LA REATA AVE.
AVONDALE, 85392

Creditor:
pent
Attn: Bankruptcy
POB 1432
Alexandria, VA 22313-

By: Grace Harley
Digitally signed by Grace Harley
Date: 2019.11.01 11:00:13 -07'00'
Trustee's Clerk